# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 02CV1403

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Bacchiocchi
v.
Chapman

02CV1403 (JCH)

2/24/04
**Date**

Katrena Engstrom
**Signature**

09444
**Connecticut Federal Bar Number**

Katrena Engstrom  Williams & Pattis
**Print Clearly or Type Name**

203-~~787-9~~ 562.993
**Telephone Number**

51 Elm St.
**Address**

776.9444
**Fax Number**

New Haven Ct

**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Josephine Spinnella
Silvester, Daly Delaney
72 Russ St
Hartford, Ct 06106

Katrena Engstrom
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24