02CV1403 MINUTE
CT/cvjysel (January 18, 2002)

HONORABLE **HALL**
DEPUTY CLERK **BORISKEY**   (RPTR/PRO/TAPE **FIDANZA**

TOTAL TIME: ___ hours **10** minutes

DATE **2-24-04**   START TIME **2:50**   END TIME **3:00**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**BACCHIOCCHI**

vs.

**CHAPMAN**

CIVIL NO. **3:02CV1403JCH**

**K. ENGSTROM**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**F. SZILAGYI**
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☑ ........ ☑ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to _____
☐ ........ ☐ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until _____
☐ .....#__ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....#__ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....#__ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....#__ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ........ _____   ☐ filed ☐ docketed
☐ ........ _____   ☐ filed ☐ docketed
☐ ........ _____   ☐ filed ☐ docketed
☐ ........ _____   ☐ filed ☐ docketed
☐ ........ ___ # jurors present
☐ ........ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☐ ........ Voir Dire by Court
☐ ........ Peremptory challenges exercised (See attached)
☐ ........ Jury of ___ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☐ ........ Remaining jurors excused
☐ ........ Discovery deadline set for _____
☐ ........ Disposition Motions due _____
☐ ........ Joint trial memorandum due _____
☐ ........ Trial continued until _____ at _____

☐ COPY TO: JURY CLERK