UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JONATHAN BACCHIOCCHI : | |
|    Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-02-cv-1403 (JCH) |
| : | |
| STEVE CHAPMAN : | MARCH 18, 2004 |
|    Defendant : | |

## ORDER OF TRANSFER

The Honorable Janet C. Hall hereby transfers the above-identified case to the docket of **The Honorable Ellen Bree Burns** for all purposes.

All future pleadings and filings in this case shall be filed with the Clerk's Office in **New Haven,** and bear the docket number **3-02-cv-1403 (EBB).** Pleadings or documents related to this action and filed in any other seat of Court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a).]

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 18th of March, 2004.

 

/s/ Janet C. Hall
Janet C. Hall
United States District Judge