**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JONATHAN W. BACCHIOCCHI | : | CASE NO. 302CV1403 (EBB) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| STEVE CHAPMAN | : | |
| Defendants | : | APRIL 23, 2004 |

## DEFENDANT'S PROPOSED JURY INTERROGATORIES

1.    Did the Defendant use force against the Plaintiff when he arrested the Plaintiff?

2.    If you answered "Yes" in Question 1, do you find that any force used against the Plaintiff was reasonable from the perspective of a reasonable police officer in similar circumstances?

THE DEFENDANT,
STEVE CHAPMAN

By:_____
FRANK J. SZILAGYI
Silvester & Daly
72 Russ Street
Hartford, CT 06103
Tel. (860) 278-2650
Federal Bar No. CT07859

## CERTIFICATION

I, Frank J. Szilagyi, attorney for the Defendant, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 23rd day of April, 2004 to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

By:_____
    FRANK J. SZILAGYI
    Silvester & Daly

nai-bacchiocchi/proposed interrogs.042304