UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Oct 4  4 17 PM '04

U.S DISTRICT COURT
NEW HAVEN, CONN.

JONATHAN W. BACCHIOCCHI    :
                          :
           v.             :      Case No.  3:02CV1403 (EBB)
                          :
STEVE CHAPMAN             :
                          :
                          :
                          :

REFERRAL TO MAGISTRATE JUDGE

        This case is referred to Magistrate Judge Joan
Glazer Margolis for the following purposes:

____    All purposes except trial, unless the parties consent to
        trial before the magistrate judge (orefcs.)

____    A ruling on all pretrial motions except dispositive motions
        (orefmisc./dscv)

____    To supervise discovery and resolve discovery disputes
        (orefmisc./dscv)

____    A ruling on the following motions which are currently
        pending: (orefm.) Doc.# _____
        _____
        _____

__X__   A settlement conference (orefmisc./cnf)

____    A conference to discuss the following: (orefmisc./cnf)
        _____
        _____

____    Other: (orefmisc./misc) _____
        _____

        SO ORDERED this 4th day of October, 2004, at New Haven,
Connecticut.

                          ELLEN BREE BURNS
                          SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)