# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Bacchiocchi
v
Chapman

## APPEARANCE

CASE NUMBER: 3:02cv1403(EBB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

___3/8/05___
Date

___ct21266___
Connecticut Federal Bar Number

___(203) 562-9931___
Telephone Number

___(203) 776-9494___
Fax Number

___jmedy@johnrwilliams.com___
E-mail address

___[signature]___
Signature

___Joseph M. Medy___
Print Clearly or Type Name

___51 Elm St, #409___
Address

___New Haven, CT 06510___

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

___[signature]___
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24