AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

FILED
2005 APR -5 P 3: 15

Bacchiocchi
v.
Chapman

DISTRICT OF ⎯⎯⎯⎯⎯⎯

Plaintiff's
EXHIBIT ~~AND WITNESS LIST~~

CASE NUMBER: 3:02CV1403(EBB)

| PRESIDING JUDGE Ellen B. Burns | PLAINTIFF'S ATTORNEY Joseph Merly | DEFENDANT'S ATTORNEY Frank Szilagyi |
|---|---|---|
| TRIAL DATE(S) 4/5/05 | COURT REPORTER Falzerano / Sirois | COURTROOM DEPUTY B. Rodko |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| A | | 4/5/05 | | 4/5/05 | Incident Report of Bacchiocchi - 8/15/01 |
| D | | 4/5/05 | ✓ | | Bacchiocchi's criminal information |
| E | | 4/5/05 | | 4/5/05 | Emergency room record (Bacchiocchi) 11/6/01 |
| F | | 4/5/05 | ✓ | | Bacchiocchi's driving history 9/5/01 |