AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF

~~EXHIBIT AND~~ WITNESS LIST

Bacchiocchi
v.
Chapman

CASE NUMBER: 3:02CV1403(EBB)

FILED 2005 APR -5 P 3:15
U.S.

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen B. Burns | Joseph Mirly | Frank Szilagyi |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/5/05 | Falzarano / Sirois | B. Rodko |

| PLF. NO. | DEF. NO. | DATE ~~OFFERED~~ | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4/5/05 | | | Jonathan Bacchiocchi, Derby, CT |
| ✓ | | 4/5/05 | | | Steve Chapman, Southbury, CT |