UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTI

| | | |
|---|---|---|
| JONATHAN W. BACCHIOCCHI, | : | 2005 APR -5 P 3: 15 |
| Plaintiff | : | |
| | : | U.S. ___ ___ ___RT |
| v. | : | 3:02-CV-1403 (EBB) |
| | : | |
| STEVE CHAPMAN, | : | |
| Defendant | : | |

## JURY INTERROGATORIES

1.  Do you find that Plaintiff Jonathan Bacciocchi has proven by a preponderance of the evidence that his rights under the Fourth Amendment were violated by Defendant Officer Chapman ?

_____ Yes          \_\_\_✓\_\_\_ No

If you have answered "Yes" to Question 1 please proceed to Question 2.  If you have answered "No" to Question 1, your deliberations are at an end.  The foreperson should sign and date this form and notify the Marshal that you have reached a verdict. Your verdict will then be returned to Court.

2.  Do you find that Officer Chapman has proven by a preponderance of the evidence that he is entitled to qualified immunity for the constitutional violation you have found above ?

_____ Yes          _____ No

If you have answered "Yes" to Question 2, your deliberations are
at an end.  The foreperson should sign and date this form and
notify the Marshal that you have reached a verdict.  Your verdict
will then be returned to Court.  If you have answered "No",
please proceed to Question 3.

3.   What amount of compensatory damages, if any, do you award to
Plaintiff for the violation of his constitutional rights ?

$ _____

If you have not awarded damages in Question 3, please proceed to
Question 4.  If you have awarded damages in Question 3, please
proceed to Question 5.

4.   What amount of money do you award as nominal damages ?

$_____

Please proceed to Question 5.

5.  Do you find that Plaintiff should be awarded punitive damages
in order to punish the Defendant or to deter him from such future

conduct ?

_____ Yes                    _____ No

If you have answered "Yes" to Question 5, please proceed to
Question 6.  If you have answered "No", your deliberations are at
an end.  The foreperson should sign and date this form and notify
the Marshal that you have reached a verdict.  Your verdict will
then be returned to Court.

6.  What amount of monies do you award as punitive damages ?

$_____

Your deliberations are now at an end.  The foreperson should sign
and date this form and notify the Marshal that you have reached a
verdict.  Your verdict will then be returned to Court.

_____
FOREPERSON

Signed at New Haven, Connecticut this 5th date fo April