**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JONATHAN W. BACCHIOCCHI          :
                                       :
            Plaintiff,               :           CIVIL NO. 3:02 cv 1403 (EBB)
                                         :
v.                                            :
                                           :
STEVE CHAPMAN                    :
                                           :
            Defendant.            :

## <u>JUDGMENT</u>

This matter came on for trial before a jury and the Honorable Ellen Bree Burns,

Senior United States District Judge.   On April 5, 2005, the jury returned a verdict for

the defendant, Steven Chapman.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is

entered for the defendant, Steven Chapman, and the case is closed.

Dated at New Haven, Connecticut this 6th day of April 2005.

                                      KEVIN F. ROWE, Clerk
                                      By
                                    /s/ Kenneth R. Ghilardi
                                      Kenneth R. Ghilardi
                                      Deputy Clerk

EOD : _____