## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JONATHAN W. BACCHIOCCHI | : | CASE NO. 302CV1403 (EBB) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| STEVE CHAPMAN | : | |
| Defendants | : | APRIL 1, 2005 |

## MOTION TO PRECLUDE

The Defendant, Steve Chapman, hereby submits this Motion to Preclude and asserts that the Plaintiff, Jonathan W. Bacchiocchi, should be precluded from allowing an expert witness to testify regarding causation. Specifically, the Defendant seeks to prevent the Plaintiff from calling an expert witness to testify at trial regarding the causal connection between the Defendant's alleged use of excessive force and the Plaintiff's injuries. The Plaintiff has not disclosed an expert witness and any such disclosure at this time would be outside of the scheduling order and would cause surprise and prejudice to the Defendant. Trial in this matter is currently scheduled to begin on April 5, 2005.

The reasons that support this Motion are more fully set forth in the accompanying Memorandum of Law.

For the foregoing reason, the Defendant, Steve Chapman, requests that the court grant his Motion to Preclude.

        THE DEFENDANT,
        STEVE CHAPMAN

By:_____
   FRANK J. SZILAGYI
   Silvester & Daly
   118 Oak Street
   Hartford, CT 06103
   Tel. (860) 278-2650
   Federal Bar No. CT07859

## **CERTIFICATION**

      I, Frank J. Szilagyi, attorney for the Defendant, hereby certifies that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 1st day of April, 2005 to:

John R. Williams, Esq.
Joseph M. Merly, Esq.
51 Elm Street, Suite 409
New Haven, CT 06510

                                            By:_____
                                                FRANK J. SZILAGYI
                                                Silvester & Daly

nai-bacchiocchi/mot. to preclude.033105