UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JONATHAN W. BACCHIOCCHI | : | CASE NO. 302CV1403 (EBB) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| STEVE CHAPMAN | : | |
| Defendants | : | APRIL 1, 2005 |

## MOTION TO PRECLUDE

The Defendant, Steve Chapman, hereby submits this Motion to Preclude and asserts that the Plaintiff, Jonathan W. Bacchiocchi, should be precluded from allowing an expert witness to testify regarding causation. Specifically, the Defendant seeks to prevent the Plaintiff from calling an expert witness to testify at trial regarding the causal connection between the Defendant's alleged use of excessive force and the Plaintiff's injuries. The Plaintiff has not disclosed an expert witness and any such disclosure at this time would be outside of the scheduling order and would cause surprise and prejudice to the Defendant. Trial in this matter is currently scheduled to begin on April 5, 2005.

The reasons that support this Motion are more fully set forth in the accompanying Memorandum of Law.

SILVESTER & DALY
118 OAK STREET • HARTFORD, CONNECTICUT 06106 • (860) 278-2650 • FAX (860) 727-9243