**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JONATHAN W. BACCHIOCCHI | : | CASE NO. 302CV1403 (EBB) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| STEVE CHAPMAN | : | |
|     Defendant | : | APRIL 20, 2005 |

## NOTICE OF APPEARANCE

Please enter my appearance for the Defendant, Steve Chapman, in the above case.

                THE DEFENDANT,
                STEVE CHAPMAN


                By:_____
                   WILLIAM M. TIERNEY
                   Silvester & Daly
                   118 Oak Street
                   Hartford, CT 06103
                   Tel. (860) 278-2650
                   Federal Bar No. CT25904

## **CERTIFICATION**

      I, William M. Tierney, attorney for the Defendant, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 20th day of April, 2005 to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

      By:_____
         WILLIAM M. TIERNEY
         Silvester & Daly