UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JONATHAN W. BACCHIOCCHI | : | CASE NO. 302CV1403 (EBB) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| STEVE CHAPMAN | : | |
| Defendants | : | APRIL 20, 2005 |

## DEFENDANT'S BILL OF COSTS

Pursuant to Federal Rule of Civil Procedure 54 and Local Rule of Civil Procedure 54, the Defendant, Steve Chapman, hereby submits this Bill of Costs. In support of the Bill of Costs, the Defendant submits that this matter was tried by a jury and that the jury rendered a verdict in favor of the Defendant on April 5, 2004. The Defendant, therefore, is the prevailing party in this matter.

In addition to this Bill of Costs and pursuant to 28 U.S.C. § 1924, the Defendant submits the Affidavit of Frank J. Szilagyi, attorney for the Defendants, which verifies that the fees that "have been charged were actually and necessarily performed." 28 U.S.C. § 1924. See Exhibit A, Affidavit of Frank J. Szilagyi.

**I.     FEES FOR WITNESSES**

Pursuant to 28 U.S.C. § 1821 (b), the Defendants submit that they have incurred the following witness fee:

| | |
|---|---|
| Steve Chapman | $ 40.00 |
| **Total Bill of Costs** | **$ 40.00** |

THE DEFENDANT,
STEVE CHAPMAN


By:_____
   WILLIAM M. TIERNEY
   Silvester & Daly
   118 Oak Street
   Hartford, CT 06103
   Tel. (860) 278-2650
   Federal Bar No. CT25904

## **CERTIFICATION**

     I, William M. Tierney, attorney for the Defendant, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 20th day of April, 2005 to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

                                            By:_____
                                                 WILLIAM M. TIERNEY
                                                 Silvester & Daly