**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JONATHAN W. BACCHIOCCHI : | CASE NO. 302CV1403 (EBB) |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| STEVE CHAPMAN : | |
| Defendant : | APRIL 20, 2005 |

### DEFENDANT STEVE CHAPMAN'S MOTION FOR ATTORNEYS' FEES

Pursuant to Federal Rule of Civil Procedure 54 (d), the Defendant, Steve Chapman, hereby submits this Motion for Attorneys' Fees.  In support of this Motion, the Defendant submits that he is the prevailing party and that he is entitled to attorneys' fees pursuant to 42 U.S.C. § 1988.

The reasons that support this Motion are more fully set forth in the accompanying memorandum of law and affidavits.

For the foregoing reasons, as well as the reasons set forth in the memorandum of law, the Defendant, Steve Chapman, hereby requests that the court grant his Motion for Attorneys' Fees.

THE DEFENDANT,
STEVE CHAPMAN

By:_____
WILLIAM M. TIERNEY
Silvester & Daly
118 Oak Street
Hartford, CT 06103
Tel. (860) 278-2650
Federal Bar No. CT25904

### ORDER

The foregoing Motion having been duly presented to this Court, it is hereby

**ORDERED**,

That the same be and hereby is granted/denied.

BY THE COURT,

_____
Clerk

**<u>CERTIFICATION</u>**

       I, William M. Tierney, attorney for the Defendant, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 20th day of April, 2005 to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

                                                By:_____
                                                    WILLIAM M. TIERNEY
                                                    Silvester & Daly