**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JONATHAN W. BACCHIOCCHI | : | CASE NO. 302CV1403 (EBB) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| STEVE CHAPMAN | : | |
| Defendant | : | APRIL 20, 2005 |

**NOTICE OF MANUAL FILING**

Please take notice that the Defendant, Steve Chapman, has manually filed the following document or thing:

    Attachments to Motion Memorandum of Law in Support of Motion for Attorney's Fees

This document has not been filed electronically because

[ x ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                      THE DEFENDANT,
                                      STEVE CHAPMAN

By:_____
WILLIAM M. TIERNEY
Silvester & Daly
118 Oak Street
Hartford, CT 06103
Tel. (860) 278-2650
Federal Bar No. CT25904

## **CERTIFICATION**

     I, William M. Tierney, attorney for the Defendant, hereby certifY that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 20th day of April, 2005 to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

By:_____
WILLIAM M. TIERNEY
Silvester & Daly