UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JONATHAN W. BACCHIOCCHI | : | |
| VS. | : | NO. 3:02CV1403(EBB) |
| STEVE CHAPMAN | : | MAY 9, 2005 |

### OBJECTION TO BILL OF COSTS

The plaintiff objects to the defendant's Bill of Costs, which appears to consist only of a claim for a $40 witness fee for the defendant. The defendant is not entitled to a witness fee for appearing at his own trial.

THE PLAINTIFF

BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
TELEPHONE: 203.562.9931
FAX: 203.776.9494
E-MAIL: jrw@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Frank J. Szilagyi, Esq., and William M. Tierney, Esq., at Silvester & Daly, 72 Russ Street, Hartford, CT 06103.

_____
JOHN R. WILLIAMS