UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


JONATHAN W. BACCHIOCCHI   :

      v.                       :   NO. 3:02CV1403(EBB)

STEVE CHAPMAN              :


RULING ON MOTION FOR ATTORNEYS' FEES


    Defendant, who prevailed on summary judgment on plaintiff's claims of false arrest, unreasonable and excessive bond and malicious prosecution, and at trial on plaintiff's claim of excessive force, has moved, as the prevailing party, for attorneys' fees pursuant to 42 U.S.C. § 1988.

    In Hughes v. Rowe, 449 U.S. 5, 14 (1980) the Supreme Court held that a defendant in an action brought under 42 U.S. § 1983 may recover attorney's fees from the plaintiff only if plaintiff's action was frivolous, unreasonable or without foundation.  The fact that plaintiff did not ultimately prevail would not, alone, justify the award of fees.

    Summary judgment was granted in favor of defendant on plaintiff's claims of false arrest, excessive bond and malicious prosecution on legal bases which were not clearly established at the time this action was filed and the adverse judgment at trial resulted from the jury's credibility determination.  Under the circumstances, the court cannot find the action was frivolous, unreasonable or without foundation and accordingly, the motion

[Doc. No. 48] is denied.

        SO ORDERED.


        _____
        ELLEN BREE BURNS, SENIOR JUDGE
        UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this ___ day of November, 2005.